# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,   :    Case No. 3:08-cr-041
                                              Also 3:12-cv-397

                                            District Judge Thomas M. Rose
   -vs-                                    Magistrate Judge Michael R. Merz
                                         :

EVERARDO RODRIQUEZ-VILCHIS,

    Defendant.

---

# RECOMMITTAL ORDER

---

This case is before the Court on Defendant's Objections (Doc. No. 211) to the Magistrate Judge's Report and Recommendations (Doc. No. 210).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and any response and making recommendations based on that analysis.

December 28, 2012                                 *Thomas M. Rose*

                                                           _____
                                                            THOMAS M. ROSE, JUDGE
                                                            UNITED STATES DISTRICT COURT